UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN BUCHHEIT and | ) | |
| GARY BUCHHEIT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Cause No. 4:09-CV-00652-CAS |
| vs. | ) | |
| | ) | |
| ASHLEY FURNITURE | ) | |
| INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Plaintiffs hereby acknowledge receipt of the total amount due under the confidential settlement, as full and complete satisfaction of the judgment entered in this case against Defendant Ashley Furniture Industries, Inc.

Respectfully submitted,

*/s/ James P. Lemonds*

James P. Lemonds, #3666
Andrea McNairy, #534151
BROWN & CROUPPEN, P.C.
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302
Telephone: 314-421-0216
Fax:  314-421-0359
jlemonds@brownandcrouppen.com
amcnairy@brownandcrouppen.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that on the _____ day of _____, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ James P. Lemonds*_____ _____