UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBIN BUCHHEIT and )<br>GARY BUCHHEIT, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ASHLEY FURNITURE )<br>INDUSTRIES, INC., )<br>)<br>Defendant. ) | Cause No. 4:09-CV-00652-CAS |

## **RECEIPT**

The law firm of Brown & Couppen, P.C. hereby acknowledges the receipt and full satisfaction of attorney's fees for services rendered and expenses incurred by and from Plaintiffs Robin Buchheit and Gary Buchheit, in the above captioned action.

Respectfully submitted,

*/s/ James P. Lemonds*
James P. Lemonds, #3666
Andrea McNairy, #534151
BROWN & CROUPPEN, P.C.
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302
Telephone: 314-421-0216
Fax:  314-421-0359
jlemonds@brownandcrouppen.com
amcnairy@brownandcrouppen.com

Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on the _____ day of _____, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                                 */s/_ James P. Lemonds__*